CROW

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 2:26cr20334 MSN/tmp |
| **Plaintiff,** | ) | **Criminal No. _______________** |
| **v.** | ) | **18 U.S.C. § 115(a)(1)(B)**<br>**18 U.S.C. § 875(c)** |
| **MELISSA ROOT,** | ) | |
| **Defendant.** | ) | |

# I N D I C T M E N T

**THE GRAND JURY CHARGES**:

**COUNT 1**
**(**Influencing Federal Official by Threat)

On or about June 5, 2026, in the Western District of Tennessee, and elsewhere, the defendant,

**MELISSA ROOT**

did threaten to murder FBI agents in Knoxville and Memphis, stating specifically, "I can kill FBI agents for not listening" and "I can kill your FBI agents in Knoxville and Memphis, because they're not doing their jobs. You report that to somebody that's actually doing their job" with intent to intimidate, interfere with, and retaliate against the FBI agents, on account of the performance of their official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

**COUNT 2**
(Interstate Threatening Communications)

On or about June 5, 2026, in the Western District of Tennessee, and elsewhere, the defendant,

**MELISSA ROOT**

knowingly and willfully transmitted in interstate and foreign commerce, communications containing a threat to injure the person of another, to wit, while on a phone call from Tennessee to West Virginia, **MELISSA ROOT** made a threat to kill FBI agents, specifically: "I can kill FBI agents for not listening" and "I can kill your FBI agents in Knoxville and Memphis, because they're not doing their jobs. You report that to somebody that's actually doing their job."

All in violation of Title 18, United States Code, Section 875(c).

**A T R U E B I L L:**

______________________
**F O R E P E R S O N**

**DATED: September 3, 2026**

______________________
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**
**WESTERN DISTRICT OF TENNESSEE**